# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA D. MOODY, et al., | ) Case No.: CV 15-5186-DMG (GJSx) |
| Plaintiffs, | ) **JUDGMENT** |
| v. | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| Defendant. | ) |

Pursuant to the Court's Order granting Defendant's Motion to Dismiss [Doc. # 45], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Ocwen Loan Servicing, LLC and against Plaintiffs Dana D. Moody, Anna Knott, and Tom K. Knott.

DATED:  November 8, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE